**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                            Chapter: 13

    Michael William Anderson, Jr.

        Debtor(s)                              Bankruptcy No: 21−12343−elf

*O R D E R*

**AND NOW,** this 27th day of August, 2021 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 09/9/2021
    Chapter 13 Plan due by 09/9/2021
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C−1(old)Due 09/9/2021
    Means Test Calculation Form 122C−2 due 09/9/2021
    Schedules AB−J due 09/9/2021
    Statement of Financial Affairs due 09/9/2021
    Summary of Assets and Liabilities Form B106 due 09/9/2021

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                      By the Court

                      Eric L. Frank
            Judge , United States Bankruptcy Court